UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

            Chapter 7

JULIAN W. THOM,       Case No. 23-47002

            Hon. Lisa S. Gretchko

    Debtor.

_____/

STUART A. GOLD, Trustee,
    Plaintiff,

v.              Adversary Proceeding
             No. 23-04480-LSG

JULIAN W. THOM,
    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR SUMMARY JUDGMENT

On August 14, 2024, the Court issued its opinion ("Opinion"; ECF No. 46)

following the hearing on the Plaintiff's Motion for Summary Judgment (ECF No.

38). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that summary judgment is granted on Count II

of the Complaint in favor of the Plaintiff and against the Defendant pursuant to 11

U.S.C. § 727(a)(6)(A), and a discharge with respect to the Debtor, Julian W. Thom,

is denied.

**Signed on August 14, 2024**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**